AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| BETTER WAY INVENTIONS, LLC D/B/A TONE-Y-BANDS, a Florida Limited Liability Company, JANICE H. HALEY, an individual, and STEPHEN C. HALEY, an individual,<br>*Plaintiff(s)*<br>v.<br>SWIFT GLOBAL LLC D/B/A SPENCER SPORTS, a Texas Limited Liability Company, and NBCUNIVERSAL MEDIA, LLC, a Delaware Limited Liability Company,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 9:23-cv-80868-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NBCUNIVERSAL MEDIA, LLC
c/o ENTERPRISE CORPORATE SERVICES LLC
1201 N MARKET STREET SUITE 1000
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNSON | DALAL
Mark C. Johnson
111 N. Pine Island Road, Suite 105
Plantation, FL 33324
Info@JohnsonDalal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

*s/ N. Cubic*

Deputy Clerk
U.S. District Courts

Date:  Jun 5, 2023

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| BETTER WAY INVENTIONS, LLC D/B/A TONE-Y-BANDS, a Florida Limited Liability Company, JANICE H. HALEY, an individual, and STEPHEN C. HALEY, an individual, <br> *Plaintiff(s)* <br> v. <br> SWIFT GLOBAL LLC D/B/A SPENCER SPORTS, a Texas Limited Liability Company, and NBCUNIVERSAL MEDIA, LLC, a Delaware Limited Liability Company, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 9:23-cv-80868-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   SWIFT GLOBAL LLC DBA SPENCER SPORTS
c/o LEGALINC CORPORATE SERVICES INC
10601 CLARENCE DR. STE. 250
FRISCO, TX 75033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHNSON | DALAL
Mark C. Johnson
111 N. Pine Island Road, Suite 105
Plantation, FL 33324
Info@JohnsonDalal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jun 5, 2023

Angela E. Noble
Clerk of Court

s/ N. Cubic
Deputy Clerk
U.S. District Courts